UNITED STATES of America,
Plaintiff-Appellee,

v.

Ryan Christopher EADDY,
Defendant-Appellant.

No. 16-7283

United States Court of Appeals,
Fourth Circuit.

Submitted: January 18, 2017

Decided: February 9, 2017

Ryan Christopher Eaddy, Appellant Pro Se. Arthur Bradley Parham, Assistant United States Attorney, Florence, South Carolina, for Appellee.

Before KEENAN, DIAZ, and FLOYD, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Ryan Christopher Eaddy seeks to appeal the district court's order disposing of his post-judgment motion. We lack juris-diction to review the district court's order and, thus, dismiss this appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

DISMISSED